## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RONA LATASHIA MOORE,** | ) | **CASE NO. 20-15623** |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | **Hearing Date: December 3, 2020** |
| | ) |             **10:00 a.m.** |
| | ) | |

### REQUEST FOR HEARING ON MOTION TO DISMISS
### DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1

Please send Notice of Hearing on Dismissal under Rule 2002(a)(4) to the Debtor(s), Trustee, and all creditors in the above-captioned case:

Hearing Date:    December 3, 2020

Hearing Time:    10:00 a.m.

Courtroom:       Appear by Telephone

Judge:           Hon. Carol A. Doyle

Pursuant to Local Bankruptcy Rule 1017-2, a motion to dismiss shall be noticed no less than 28 calendar days from the date the motion is filed.

| | | |
|---|---|---|
| Date: October 28, 2020 | Prepared by: | Ronald R. Peterson |
| | Movant's Attorney's Name: | Ronald R. Peterson |
| | Address: | JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654-3456 |
| | Telephone No.: | (312) 222-9350 |
| | Representing: | Trustee |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RONA LATASHIA MOORE,** | ) | **CASE NO. 20-15623** |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | **Hearing Date:  December 3, 2020** |
| | ) | **10:00 a.m.** |

**NOTICE OF MOTION TO DISMISS DEBTOR
WITH NOTICE UNDER LOCAL RULE 2002-1**

PLEASE TAKE NOTICE that on Thursday December 3, 2020, at 10:00 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the motion of TRUSTEE'S MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 155 828 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

          **RONALD R. PETERSON**, not individually but as Trustee of the Chapter 7 Estate of Rona Latashia Moore

          By:   */s/ Ronald R. Peterson*
                Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381
Email:  rpeterson@jenner.com

2

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RONA LATASHIA MOORE,** | ) | **CASE NO. 20-15623** |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | **Hearing Date:  December 3, 2020** |
| | ) | **10:00 a.m.** |
| | ) | |

### MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1

RONALD R. PETERSON, not individually but as interim chapter 7 trustee (the "Trustee") of the estate of Rona Latashia Moore (the "Debtor"), respectfully requests that the Court enter an order pursuant to Local Rule 2002-1, dismissing the Debtor's bankruptcy case, and states:

1. The first meeting of creditors in this chapter 7 case was scheduled for September 18, 2020.

2. The Debtor failed to appear at the first meeting of creditors, and the Trustee continued the meeting to October 23, 2020.

3. The Debtor failed to appear at the continued meeting.

4. Cause exists to dismiss the Debtor's chapter 7 bankruptcy case because of the Debtor's failure to attend his first meeting of creditors. This failure to appear has caused unreasonable delay in the case.

**WHEREFORE**, the Trustee respectfully requests the Court to enter an order:

A. Dismissing the Debtor's chapter 7 case; and

B. Granting such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**RONALD R. PETERSON**, not individually but as Trustee of the Chapter 7 Estate of Rona Latashia Moore

By: */s/ Ronald R. Peterson*
Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381
Email:  rpeterson@jenner.com

2